Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17–18942–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Herbert Wesly Newman                     Judith Jean Newman
42 Quail Run                             42 Quail Run
Bayville, NJ 08721                       Bayville, NJ 08721

Social Security No.:
  xxx–xx–0231                                  xxx–xx–8577

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 20, 2018.

On May 1, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:               June 12, 2019
Time:               10:00 AM
Location:           Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
     a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
     of a secure claim, such holders acceptance or rejection of the Plan before modification will
     be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
     holders acceptance or rejection of the Plan within the time fixed.

3.   **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
     the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 6, 2019
JAN: pbf

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-18942-KCF
Herbert Wesly Newman                                                        Chapter 13
Judith Jean Newman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin           Page 1 of 2              Date Rcvd: May 06, 2019
                           Form ID: 185           Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2019.
```
db/jdb         +Herbert Wesly Newman,    Judith Jean Newman,    42 Quail Run,    Bayville, NJ 08721-1385
516802191       Bank of America,    Po Box 27052,    Tampa, FL 33623-7052
516932508      +Bank of America,    Jenelle C. Arnold,    4375 Jutland Dr, Ste. 200,    POB 17933,
                San Diego, CA 92177-7921
516903360      +Bank of America, N.A,    P.O. Box 31785,    Tampa, FL 33631-3785
516802192      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517859285       CITIMORTGAGE,INC.,    POB 688971,    DES MOINES, IA  50368-8971
516966585       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516802196      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                S Louis, MO 63179-0040
516802197       Citimortgage, Inc.,    P.O. Box 9001067,    Louisville, KY 40290-1067
516885619       Citimortgage, Inc.,    P O Box 6030,    Sioux Falls, SD 57117-6030
516827295       Daniel 5.Shehata Esq,    PO Box 1111,    New Brunswick,NJ 08903-1111
516802200      +Furniturebar,    Po Box 94498,    Las Vegas, NV 89193-4498
516802201      +IC System,    PO Box 64437,    Saint Paul, MN 55164-0437
516802204       McGovern Legal Services, 1C,    850 Route 1,    North Brunswick, NJ 08902
516802206      +Mill Creek Island Berkeley Condominium,    C/O Association Advisors,    100 Market Yard,
                Freehold, NJ 07728-2200
516891140       Mill Creek Island Condominium Association,    c/o McGovern Legal Services, LLC,
                PO Box 1111,    New Brunswick, NJ 08903-1111
516802207      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                P.O. Box 245,    Trenton, NJ 08695-0245)
516802214      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
516802212      +Target,    C/O Financial & Retail Srvs,    Mailstop BT POB 9475,    Minneapolis, MN 55440-9475
517032266      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
517032261      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516802215      +Wells Fargo Bank Card,    Mac F82535-02f,    Po Box 10438,    Des Moines, IA 50306-0438
517016058       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
517025265       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 07 2019 00:02:45    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2019 00:02:40    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516802193      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 06 2019 23:58:50    Capital One,
                Po Box 30285,    Salt Lake City, UT 84130-0285
516802194      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 06 2019 23:59:52    Capital One,
                Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516802195      +E-mail/Text: bkr@cardworks.com May 07 2019 00:01:17    Cardworks/CW Nexus,    Attn: Bankruptcy,
                Po Box 9201,    Old Bethpage, NY 11804-9001
516802198      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 07 2019 00:02:27    Comenitycapital/boscov,
                Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
516802199      +E-mail/PDF: creditonebknotifications@resurgent.com May 06 2019 23:59:25    Credit One Bank Na,
                Po Box 98873,    Las Vegas, NV 89193-8873
516884229       E-mail/Text: cio.bncmail@irs.gov May 07 2019 00:02:05    IRS,    POB 724,
                Springfield, NJ  07081
516802203      +E-mail/Text: bncnotices@becket-lee.com May 07 2019 00:01:50    Kohls/Capital One,
                Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
516939332       E-mail/PDF: resurgentbknotifications@resurgent.com May 07 2019 00:00:01
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516939294       E-mail/Text: bkr@cardworks.com May 07 2019 00:01:17    MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517064597      +E-mail/Text: bankruptcydpt@mcmcg.com May 07 2019 00:02:40    MIDLAND FUNDING LLC,
                PO BOX 2011,    WARREN, MI 48090-2011
516802205      +E-mail/Text: mpolulak@theassociationlawyers.com May 07 2019 00:03:10
                Michael R. Polulak,Esquire,    PO Box 1111,    New Brunswick, NJ 08903-1111
517077934       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2019 00:21:49
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                Norfolk VA 23541
517078048       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 06 2019 23:59:23
                Portfolio Recovery Associates, LLC,    c/o Rcs Direct Marketing/Household Bank,    POB 41067,
                Norfolk VA 23541
516911970       E-mail/Text: bnc-quantum@quantum3group.com May 07 2019 00:02:35
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 06, 2019
                             Form ID: 185              Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516802208      +E-mail/PDF: gecsedi@recoverycorp.com May 06 2019 23:59:16      Syncb/Toys R Us,    Po Box 965064,
                Orlando, FL 32896-5064
516804815      +E-mail/PDF: gecsedi@recoverycorp.com May 06 2019 23:59:46      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516802209      +E-mail/PDF: gecsedi@recoverycorp.com May 06 2019 23:59:16      Synchrony Bank/Care Credit,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516802210      +E-mail/PDF: gecsedi@recoverycorp.com May 06 2019 23:59:16      Synchrony Bank/Lowes,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516802211      +E-mail/PDF: gecsedi@recoverycorp.com May 06 2019 23:59:47      Synchrony Bank/Walmart,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516874463      +E-mail/Text: bncmail@w-legal.com May 07 2019 00:02:54      TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 22
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Mill Creek Island Berkeley Condominium Association,    c/o McGovern Legal Services, LLC,
                 PO Box 1111,    New Brunswick, NJ  08903-1111
517683288*      CitiMortgage, Inc.,    POB 6030,    Sioux Falls, SD 57117-6030
516802202*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,    Special Procedures,    Bankruptcy Section,
                 P.O. Box 724,    Springfield, NJ 07081)
516920423*      IRS,    POB 7346,    Philadelphia, PA  19101-7346
516802213*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
                                                                            TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2019 at the address(es) listed below:
```
              Albert  Russo   docs@russotrustee.com
              Andrew L. Spivack   on behalf of Creditor   CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marlena S. Diaz-Cobo   on behalf of Creditor   Mill Creek Island Berkeley Condominium Association,
               Inc. collections@theassociationlawyers.com
              Rebecca Ann Solarz   on behalf of Creditor   Toyota Lease Trust rsolarz@kmllawgroup.com
              Sherri Jennifer Smith   on behalf of Creditor   CITIMORTGAGE, INC. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.   on behalf of Joint Debtor Judith Jean Newman bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.   on behalf of Debtor Herbert Wesly Newman bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                              TOTAL: 9
```