Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−18942−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Herbert Wesly Newman                         Judith Jean Newman
   42 Quail Run                                 42 Quail Run
   Bayville, NJ 08721                           Bayville, NJ 08721

Social Security No.:
   xxx−xx−0231                                  xxx−xx−8577

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/16/20 at 09:00 AM

to consider and act upon the following:

**91** − Creditor's Certification of Default (related document:86 Order on Motion For Relief From Stay) filed by Sherri Jennifer Smith on behalf of CITIMORTGAGE, INC.. Objection deadline is 05/20/2020. (Attachments: # 1 Proposed Order # 2 Attorney Certification # 3 Certificate of Service # 4 Exhibit A) (Smith, Sherri)

Dated: 5/20/20

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court