Form rfiler – ntcrefilerv27.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17–18942–MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Herbert Wesly Newman
42 Quail Run
Bayville, NJ 08721

Judith Jean Newman
42 Quail Run
Bayville, NJ 08721

Social Security No.:
xxx–xx–0231

xxx–xx–8577

Employer's Tax I.D. No.:

---

## NOTICE OF EVIDENCE OF REPEAT FILING

To: Debtor, Attorney for Debtor, Trustee and United States Trustee

You are hereby notified that the Clerk has determined that the

- ☑ debtor
- ☑ joint debtor

received a discharge in case number 10–34583–KCF , commenced on August 10, 2010. Pursuant to section 727(a)(8) or 1328(f), the debtor(s) is ineligible to receive a discharge.

Objections to this matter must be in writing and filed with the Clerk on or before June 17, 2020 at

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608

In the event a timely objection is filed, a hearing will be held before the Honorable Judge Michael B. Kaplan on:

DATE:        June 25, 2020
TIME:        10:00 a.m.
COURTROOM:   8

Dated: May 27, 2020
JAN: llb

Jeanne Naughton
Clerk