Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 17−18942−KCF
        Chapter: 7
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Herbert Wesly Newman | Judith Jean Newman |
| 42 Quail Run | 42 Quail Run |
| Bayville, NJ 08721 | Bayville, NJ 08721 |

Social Security No.:
  xxx−xx−0231                               xxx−xx−8577

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/14/20 at 10:00 AM

to consider and act upon the following:

*102* − Motion to dismiss case for other reasons re:Ineligible for a Discharge Filed by William H. Oliver, Jr. on behalf of Herbert Wesly Newman, Judith Jean Newman. Hearing scheduled for 7/9/2020 at 10:00 AM at MBK − Courtroom 8, Trenton. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Oliver, Jr., William)

Dated: 6/5/20

                                                                Jeanne Naughton
                                                                Clerk, U.S. Bankruptcy Court