**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of:<br><br>HERBERT AND JUDITH NEWMAN,<br><br>Debtor. | In Proceedings for Liquidation under Chapter 7 of the Bankruptcy Code<br><br>Hon. Kathryn C. Ferguson, U.S.B.J.<br><br>Bankruptcy No. 17-18942 |

TRUSTEE'S RESPONSE TO DEBTORS' MOTION TO DISMISS CASE

Karen E. Bezner, of full age, by way of response to the debtors' motion to dismiss this case, states as follows:

1) I am the Chapter 7 Trustee appointed in the above-referenced case.

2) I have reviewed the motion to dismiss this case submitted by the debtors.

3) I have no objection to the debtors' motion.

**KAREN E. BEZNER, ESQ.**
Counsel for Karen E. Bezner, Trustee


By: /s/   Karen E. Bezner
    Karen E. Bezner

Date: June 29, 2020