Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 17−18942−KCF
                    Chapter: 7
                    Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Herbert Wesly Newman                        Judith Jean Newman
   42 Quail Run                                    42 Quail Run
   Bayville, NJ 08721                         Bayville, NJ 08721

Social Security No.:
   xxx−xx−0231                                    xxx−xx−8577

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on July 15, 2020.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 15, 2020
JAN: ghm

                                                                            Jeanne Naughton
                                                                            Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                          Case No. 17-18942-KCF
Herbert Wesly Newman                                            Chapter 7
Judith Jean Newman
     Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin               Page 1 of 3              Date Rcvd: Jul 15, 2020
                              Form ID: 148              Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2020.
db/jdb         +Herbert Wesly Newman,    Judith Jean Newman,    42 Quail Run,    Bayville, NJ 08721-1385
516932508      +Bank of America,    Jenelle C. Arnold,    4375 Jutland Dr, Ste. 200,    POB 17933,
                 San Diego, CA 92177-7921
516802191       Bank of America,    Po Box 27052,    Tampa, FL 33623-7052
517859285      #CITIMORTGAGE,INC.,     POB 688971,    DES MOINES, IA 50368-8971
516885619       Citimortgage, Inc.,     P O Box 6030,    Sioux Falls, SD 57117-6030
516802197       Citimortgage, Inc.,     P.O. Box 9001067,    Louisville, KY 40290-1067
516827295       Daniel 5.Shehata Esq,    PO Box 1111,    New Brunswick,NJ 08903-1111
516802204       McGovern Legal Services, LC,     850 Route 1,    North Brunswick, NJ 08902
516802206      +Mill Creek Island Berkeley Condominium,    C/O Association Advisors,    100 Market Yard,
                 Freehold, NJ 07728-2200
516891140       Mill Creek Island Berkeley Condominium Association,    c/o McGovern Legal Services, LLC,
                 PO Box 1111,    New Brunswick, NJ 08903-1111
516802207      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                 P.O. Box 245,    Trenton, NJ 08695-0245)
517032266      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517032261      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 16 2020 00:54:35     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 16 2020 00:54:32     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516903360      +EDI: BANKAMER.COM Jul 16 2020 04:08:00     Bank of America, N.A,    P.O. Box 31785,
                 Tampa, FL 33631-3785
516802192      +EDI: TSYS2.COM Jul 16 2020 04:08:00     Barclays Bank Delaware,    100 S West St,
                 Wilmington, DE 19801-5015
516802193      +EDI: CAPITALONE.COM Jul 16 2020 04:08:00     Capital One,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516802194      +EDI: CAPITALONE.COM Jul 16 2020 04:08:00     Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516966585       EDI: BL-BECKET.COM Jul 16 2020 04:08:00     Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
516802195      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 16 2020 01:02:19     Cardworks/CW Nexus,
                 Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
516802196      +EDI: CITICORP.COM Jul 16 2020 04:08:00     Citibank/The Home Depot,
                 Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,    S Louis, MO 63179-0040
516802198      +EDI: WFNNB.COM Jul 16 2020 04:08:00     Comenitycapital/boscov,    Comenity Bank,
                 Po Box 182125,    Columbus, OH 43218-2125
518866095      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 16 2020 01:02:30     Credit One Bank,
                 Po Box 98872,    Las Vegas, NV 89193-8872
518866094      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 16 2020 01:02:31     Credit One Bank,
                 Attn: Bankruptcy Dept,    PO Box 98873,    Las Vegas, NV 89193-8873
516802199      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 16 2020 01:02:29     Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
516802200      +EDI: WFFC.COM Jul 16 2020 04:08:00     Furniturebar,    Po Box 94498,    Las Vegas, NV 89193-4498
516802201      +EDI: IIC9.COM Jul 16 2020 04:08:00     IC System,    PO box 64437,    Saint Paul, MN 55164-0437
516884229       EDI: IRS.COM Jul 16 2020 04:08:00     IRS,    POB 724,    Springfield, NJ  07081
516802203      +E-mail/Text: bncnotices@becket-lee.com Jul 16 2020 00:53:49     Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
516939332       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 16 2020 01:02:38
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516939294       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 16 2020 01:03:40     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517064597      +EDI: MID8.COM Jul 16 2020 04:08:00     MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN, MI 48090-2011
518866096       E-mail/Text: ml-ebn@missionlane.com Jul 16 2020 00:53:36     Mission Lane LLC,
                 Attn: Bankruptcy Notice,    237 Kerny St #197,    San Francisco, CA 94108
518866097       E-mail/Text: ml-ebn@missionlane.com Jul 16 2020 00:53:36     Mission Lane LLC,    Po Box 105286,
                 Atlanta, GA 30304
516802205      +E-mail/Text: mpolulak@theassociationlawyers.com Jul 16 2020 00:54:53
                 Michael R. Polulak,Esquire,    PO Box 1111,    New Brunswick, NJ 08903-1111
517077934       EDI: PRA.COM Jul 16 2020 04:08:00     Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
517078048       EDI: PRA.COM Jul 16 2020 04:08:00     Portfolio Recovery Associates, LLC,
                 c/o Rcs Direct Marketing/Household Bank,    POB 41067,    Norfolk VA 23541
516911970       EDI: Q3G.COM Jul 16 2020 04:08:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Jul 15, 2020
                              Form ID: 148             Total Noticed: 57


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516802208      +EDI: RMSC.COM Jul 16 2020 04:08:00      Syncb/Toys R Us,    Po Box 965064,
                 Orlando, FL 32896-5064
516804815      +EDI: RMSC.COM Jul 16 2020 04:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516802209      +EDI: RMSC.COM Jul 16 2020 04:08:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
516802210      +EDI: RMSC.COM Jul 16 2020 04:08:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
518866098      +EDI: RMSC.COM Jul 16 2020 04:08:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
518866099      +EDI: RMSC.COM Jul 16 2020 04:08:00      Synchrony Bank/Lowes,    Po Box 956005,
                 Orlando, FL 32896-0001
516802211      +EDI: RMSC.COM Jul 16 2020 04:08:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
516874463      +E-mail/Text: bncmail@w-legal.com Jul 16 2020 00:54:42      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516802214       EDI: TFSR.COM Jul 16 2020 04:08:00      Toyota Motor Credit Co,    Po Box 8026,
                 Cedar Rapids, IA 52408
516802213       EDI: TFSR.COM Jul 16 2020 04:08:00      Toyota Motor Credit Co,    Toyota Financial Services,
                 Po Box 8026,    Cedar Rapids, IA 52408
516802212      +EDI: WTRRNBANK.COM Jul 16 2020 04:08:00      Target,    C/O Financial & Retail Srvs,
                 Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
518505408       EDI: BL-TOYOTA.COM Jul 16 2020 04:08:00      Toyota Motor Credit Corporation,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
516802215      +EDI: WFFC.COM Jul 16 2020 04:08:00      Wells Fargo Bank Card,    Mac F82535-02f,    Po Box 10438,
                 Des Moines, IA 50306-0438
518866100      +EDI: WFFC.COM Jul 16 2020 04:08:00      Wells Fargo Bank NA,    Attn: Bankruptcy,
                 1 Home Campus Mac X2303-01a,    Des Moines, IA 50328-0001
518866101       EDI: WFFC.COM Jul 16 2020 04:08:00      Wells Fargo Bank NA,    Credit Bureau Dispute Resoluti,
                 Des Moines, IA 50306
517016058       EDI: WFFC.COM Jul 16 2020 04:08:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA  50306-0438
517025265       EDI: WFFC.COM Jul 16 2020 04:08:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
518866102      +EDI: WFFC.COM Jul 16 2020 04:08:00      Wf/Fmg,    Attn: Bankruptcy,    Po Box 10438 Mac F8235-02f,
                 Des Moines, IA 50306-0438
                                                                                              TOTAL: 44

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Mill Creek Island Berkeley Condominium Association,    c/o McGovern Legal Services, LLC,
                 PO Box 1111,    New Brunswick, NJ  08903-1111
517683288*      CitiMortgage, Inc.,    POB 6030,    Sioux Falls, SD 57117-6030
518866104*     +Credit One Bank,    Po Box 98872,    Las Vegas, NV 89193-8872
518866103*     +Credit One Bank,    Attn: Bankruptcy Dept,    PO Box 98873,    Las Vegas, NV 89193-8873
516802202*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,     Special Procedures,    Bankruptcy Section,
                 P.O. Box 724,    Springfield, NJ 07081)
516920423*      IRS,    POB 7346,    Philadelphia, PA 19101-7346
518866105*    ++MISSION LANE LLC,    PO BOX 105286,    ATLANTA GA 30348-5286
                (address filed with court: Mission Lane LLC,     Attn: Bankruptcy Notice,    237 Kerny St #197,
                 San Francisco, CA 94108)
518866106*    ++MISSION LANE LLC,    PO BOX 105286,    ATLANTA GA 30348-5286
                (address filed with court: Mission Lane LLC,     Po Box 105286,    Atlanta, GA 30304)
518866107*     +Synchrony Bank/Lowes,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518866108*     +Synchrony Bank/Lowes,    Po Box 956005,    Orlando, FL 32896-0001
518866109*     +Wells Fargo Bank NA,    Attn: Bankruptcy,    1 Home Campus Mac X2303-01a,
                 Des Moines, IA 50328-0001
518866110*      Wells Fargo Bank NA,    Credit Bureau Dispute Resoluti,    Des Moines, IA 50306
518866111*     +Wf/Fmg,    Attn: Bankruptcy,    Po Box 10438 Mac F8235-02f,    Des Moines, IA 50306-0438
                                                                                    TOTALS: 0, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3              User: admin                   Page 3 of 3                  Date Rcvd: Jul 15, 2020
                                  Form ID: 148                  Total Noticed: 57
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2020 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Marlena S. Diaz-Cobo    on behalf of Creditor    Mill Creek Island Berkeley Condominium Association,
           Inc. collections@theassociationlawyers.com
          Nicholas V. Rogers    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
          Robert  Davidow    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Joint Debtor Judith Jean Newman courtdocs@oliverandlegg.com,
           R59915@notify.bestcase.com
          William H. Oliver, Jr.    on behalf of Debtor Herbert Wesly Newman courtdocs@oliverandlegg.com,
           R59915@notify.bestcase.com
                                                                                             TOTAL: 12
```